# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHAIL RAHMAN,<br><br>        Plaintiff,<br>v.<br><br>VAN RU CREDIT CORPORATION<br><br>        Defendant. | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Civil Action No.: 1:13-cv-04620-RJD-RER |

## STIPULATION OF DISMISSAL

WHEREAS the Plaintiff and the Defendant of the above-captioned action have resolved the issues set forth in the Amended Complaint, and have negotiated in good faith for that purpose; and

WHEREAS neither of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties an their respective counsel that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby discontinued against the Defendant with prejudice.

| SOHAIL RAHMAN | VAN RU CREDIT CORPORATION |
|---|---|
| /s/ Hashim Rahman, Esq. | /s/ Dayle M. Van Hoose |
| Hashim Rahman, Esq. | Dayle M. Van Hoose, Esq. |
| RAHMAN LEGAL | *Admitted Pro Hac Vice* |
| 155 Water St., | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| Brooklyn, NY 11201 | 3350 Buschwood Park Drive, Suite 195 |
| (347) 433-6139 | Tampa, FL 33618 |
| Attorney for Plaintiff | Telephone: (813) 890-2463 |

Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, NJ 08822-4938
Phone: (908) 237-1660
Fax: (908) 237-1663
Email: aeasley@sessions-law.biz
*Attorneys for Defendant,*
*Van Ru Credit Corp.*